**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**United States of America,**

**Plaintiff,**

**v.**

**John M. Lingen,**

**Defendant.**

**Civil No. 01-314 DWF/SRN**

**PRETRIAL SCHEDULE**

---

Pursuant to Rule 16 of the Federal Rules of Civil Procedure and the Local Rules of this Court, and in order to secure the just, speedy, and inexpensive determination of this action, the following schedule shall govern this proceeding. The schedule may be modified only upon formal motion and a showing of good cause as required by Local Rule 16.3.

1. Discovery/Non-Dispositive Motions:

    a. All motions which seek to amend the pleadings or add parties must be served by July 10, 2001.

    b. All discovery shall be commenced in time to be completed by January 10, 2002..

    c. No more than **25** interrogatories, including all discrete subparts, shall be served by any party.

    d. No more than **25** Requests for Admission shall be served by any party.

    e. No more than **25** Document Requests shall be be served by any party.

    f. No more than **2** non-expert depositions shall be taken by any party.

    g. All nondispositive motions and supporting documents, including those which relate to

FILED MAY 10 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______

discovery, shall be served and filed by March 11, 2002. Nondispositive motions may be scheduled for hearing by calling Beverly Riches, Calendar Clerk to Magistrate Judge Susan Richard Nelson, at 651-848-1200. All nondispositive motions shall be scheduled, filed and served in compliance with Local Rules 7.1, 37.1 and 37.2.

2. Expert Disclosure and Discovery:

a. Disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) and full disclosure of the substance of the testimony to be offered by each expert shall be made as follows:

1) By plaintiff on or before November 12, 2001.

2) By defendant on or before December 10, 2001.

3) Any rebuttal expert reports shall be disclosed on or before January 10, 2002.

c. Each party may depose no more than **1** expert witness.

d. Any expert testimony which has not been fully disclosed in accordance with this schedule shall be excluded from evidence at trial.

3. Dispositive Motions:

a. All dispositive motions shall be filed, served and heard prior to March 11, 2002.

b. Counsel are reminded that they must anticipate the time required by scheduling this hearing by calling Calendar Clerk Lowell Lindquist, at 651-848-1296.

c. All dispositive motions shall be scheduled, filed and served in compliance with Local Rule 7.1. See particularly Local Rule 7.1(b)(2)(A) through (E).

4. Trial

a. This case shall be ready for trial no later than May 10, 2002, at which time it will be placed on the court's **non-jury** trial calendar.

b. Trial is estimated to last **one** trial day.

DATED: May 10, 2001.

Susan Richard Nelson
SUSAN RICHARD NELSON
United States Magistrate Judge