**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

United States of America, Civil No. 01-314 (DWF/SRN)

Plaintiff,

v. **ORDER**

John M. Lingen, a/k/a John Lingen,

Defendant.

The above-captioned matter is before the undersigned United States District Court Judge, and the Plaintiff has filed a Motion for Summary Judgment. Pursuant to the Local Rules, Defendant's response would normally be due nine (9) days before the scheduled date of the hearing, but no hearing has been requested. Accordingly, the Court will designate due-dates for the Defendant's response to Plaintiff's Motion for Summary Judgment and for any reply Plaintiff may wish to make. Based on all submissions and the file and the proceedings herein,

**IT IS HEREBY ORDERED:**

1. Plaintiff shall deposit any memorandum, brief, or other response to Plaintiff's Motion for Summary Judgment (along with supporting exhibits) in the United States Mail by October 31, 2001.

2. Defendant shall file and serve any reply brief no later than November 9, 2001.

Dated: October 9, 2001

DONOVAN W. FRANK
Judge of United States District Court

FILED OCT 09 2001
RICHARD D. SLETTEN
JUDGMENT ENTD
DEPUTY CLERK