# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

United States of America

Plaintiff

v.

John M. Lingen a/k/a John Lingen

Defendants

Case No. Civil 01-314 DWF/SRN

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Plaintiff's motion for summary judgment is granted. Judgment is entered for Plaintiff and against Defendant in the amount of $9.365.61 in principal; $4,712.08 for prejudgment interest to October 16, 2000; additional prejudgment interest from October 16, 2000, through today at a rate of ten percent per annum ( or $2.57 per day); post-judgment interest at the legal rate and court costs of $150.

DATE: November 13, 2001

RICHARD D. SLETTEN, CLERK

Victoria Moralez, Deputy Clerk